IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAMONT CARTER,

    Defendant.

Case No. 3:11cr74

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION FOR EARLY TERMINATION OF HIS RE-IMPOSED PERIOD OF SUPERVISED RELEASE, WITHOUT PREJUDICE TO RENEWAL ON OR AFTER A DATE CERTAIN

---

Pursuant to the August 10, 2021, memorandum from United States Probation Officer, Malissa Minard, the Defendant's motion, seeking an early termination of his re-imposed period of Supervised Release, a status that began March 16, 2018, is OVERRULED. The overruling of this motion is without prejudice to its renewal, on or after March 16, 2022.

August 18, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Malissa Minard, USPO, Columbus Office